IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEQUAN THOMAS,

    Plaintiff,

vs.                             CASE NO.: 4:10-CV-113-SPM/WCS

RWL COMMUNICATION INC,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the "Mediation Report" (doc. 16), which represents that the case has been settled. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby ORDERED AND ADJUDGED:

1. This case is hereby ***dismissed with prejudice***.

2. The Court shall retain jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this <u>twenty-seventh</u> day of December, 2010.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    Chief United States District Judge